IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK BRETT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-3711 |
| | : | |
| v. | : | |
| | : | |
| LAURIE SAMPSON, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of September, 2015, after considering the application to proceed *in forma pauperis*, motion for appointment of counsel, motion to seal, and complaint filed by the *pro se* plaintiff, Frank Brett; and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The plaintiff's application to proceed *in forma pauperis* is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2. This action is **DISMISSED WITH PREJUDICE** as frivolous and for the failure to state a claim under 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii);

3. The plaintiff's motion to seal is **DENIED** and the clerk of court shall **UNSEAL** the docket and all documents filed in the case;

4. The plaintiff's motion for appointment of counsel is **DENIED**; and

5. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith, J.*
EDWARD G. SMITH, J.